IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY CIOCCA | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 17-5222 |
| HEIDRICK & STRUGGLES, INC. | : | |

## **ORDER**

**AND NOW**, this  21st  day of  May , 2018, upon consideration of Defendant's Motion to Clarify and Confirm Claims Alleged in Complaint (ECF No. 17), and all documents submitted in support thereof or in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

**R. BARCLAY SURRICK, J.**